1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16
17

| | |
|---|---|
| MARK LEEVERN PHILLIPS, | ) Case No. ED CV 10-0052 GW (JCG) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| J. TIM OCHOA, Warden, | ) |
| Respondent. | ) |

18       IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**

19 **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and

20 Recommendation.

21
22
23 Dated: November 27, 2010

24                                    _____

                                          HON. GEORGE H. WU

25                                     UNITED STATES DISTRICT JUDGE

26
27
28